ACCEPTED
01-15-00562-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/26/2015 2:18:42 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00562-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/26/2015 2:18:42 PM
CHRISTOPHER A. PRINE
Clerk

## IN THE FIRST COURT OF APPEALS AT HOUSTON, TEXAS

### SYLVIA AGUILAR AND MIKE AZAYED
**Plaintiffs-Appellants**

**v.**

### RICCI DANTE BIANCHI AND ALMA KHUBIEH,
**Defendants-Appellees**

### On appeal from the 80th Judicial District Court of Harris County, Texas

## APPELLANTS' AGREED MOTION TO DISMISS THE APPEAL AND MOTION TO EXPEDITE ISSUANCE OF A MANDATE

Appellants Sylvia Aguilar and Mike Azayed and appellees Ricci Dante Bianchi and Alma Khubieh moves this Court for an agreed Motion to Dismiss and Motion to Expedite Issuance of a Mandate would show this Court as follows:

Pursuant to Texas rule of Appellate Procedure 42.1(a)(2), the Parties have resolved their dispute and are in agreement that this action should be dismissed. Accordingly the Appellants and Appellees request that this Court grant this Agreed Motion to Dismiss and Motion to Expedite Issuance of a Mandate, with each party bearing their own attorney's fees and costs.

WHEREFORE, appellants Sylvia Aguilar and Mike Azayed and appellees Ricci Dante Bianchi and Alma Khubieh move and respectfully pray that the court dismiss the appeal and issue a mandate.

BURFORD PERRY, LLP

By _____

Brent C. Perry
State Bar No. 15799650
Ada I. Ferrer
State Bar No. 24068198
700 Louisiana, Suite 4545
Houston, Texas 770002
(713) 401-9790
(713) 993-7739 (Facsimile)
bperry@burfordperry.com
aferrer@burfordperry.com

Attorney for Appellants

AGREED AS TO SUBSTANCE AND FORM:

CHERKAOUI & ASSOCIATES, PLLC

/s/ Mehdi Cherkaoui

_____

Mehdi M. Cherkaoui
State Bar No.
1200 Smith Street, Suite 1600
Houston, Texas 77002
(281) 946-9466
(877) 282-7874 (Facsimile)
mehdi@cherkaouilawfirm.com

2

## Certificate of Conference

As required by Tex. R. App. P. 10.1(a)(5), I certify that I conferred with Mehdi M. Cherkaoui, counsel for appellees, and he stated that appellees agree with this motion.

_____
Ada I. Ferrer

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing motion has been served on the following counsel of record by the manner indicated in accordance with Tex. R. App. P. 9.5(e), on August 26, 2015.

**BY ELECTRONIC SERVICE**
Mehdi Cherkaoui, JD
Cherkaoui & Associates, PLLC
1200 Smith Street, Suite 1600
Houston, Texas 77002

_____
Ada I. Ferrer